# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERISH BERGER, et al., :
      Plaintiffs, : CIVIL ACTION
       :
v. :
       : No. 08-5861
ELI WEINSTEIN, et al., : No. 08-4059
      Defendants. :

## ORDER

**AND NOW**, this **9th** day of **June, 2015**, upon consideration of Movant Jatinder Chawla's Motion to Quash Subpoena and for Protective Order, and Plaintiffs' response thereto, it is hereby **ORDERED** that:

1. Movant's motion (Document No. 346) is **DENIED**.

2. Movant will comply with Judgment Creditors' subpoena within thirty (30) days of entry of this Order.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**