IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERISH BERGER, et al.,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ELI WEINSTEIN, et al.,** | : | Nos.   08-5861 |
| Defendants. | : |          08-4059 |
| | : | |

## ORDER

**AND NOW**, this **6th** day of **April, 2016**, upon consideration of Judgment Creditors' Motion for Temporary Restraining Order, Preliminary and Permanent Injunction, Charging Order, Appointment of Receiver and Other Equitable Relief, Defendants' response thereto, and the Parties' proposed findings of fact and conclusions of law, and following a preliminary injunction hearing conducted by the Court on January 21, 2016, and for the reasons provided in this Court's Memorandum dated April 6, 2016, it is hereby **ORDERED** that:

1. Judgment Creditors' motion (Document No. 353) is **GRANTED in part**.

2. Philadelphia Chancellor, LP, shall be prohibited from making any distributions, payments, or transfers of any kind to, or on behalf of, Jatinder Chawla pending further order of this Court.

3. Any distributions, payments, or transfers of any kind to, or on behalf of, Jatinder Chawla from Philadelphia Chancellor, LP, shall be held in escrow until such time as the parties adjudicate whether a partnership exists against which Ravinder Chawla has an interest and upon which Judgment Creditors can execute.

4. Judgment Creditors shall post a bond in the amount of $1,000,000.

BY THE COURT:

_____
**Berle M. Schiller, J.**